UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

— against —

ARIEL MARTINEZ,

                Defendant.

23 CR 0545 (VM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/21/24

**VICTOR MARRERO, United States District Judge.**

    The conference scheduled in this matter for June 7, 2024, is hereby adjourned until June 21, 2024, at 1:00 PM. All parties to this action consent to an exclusion of time from the Speedy Trial Act until June 21, 2024.

    It is hereby ordered that time until June 21, 2024, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:    May 21, 2024
             New York, New York

                                              _____
                                                 Victor Marrero
                                                    U.S.D.J.